Cephas BREWER *v.* STATE of Arkansas

CR 98-935                                                          973 S.W.2d 482

Supreme Court of Arkansas
Opinion delivered September 10, 1998

*Theresa Nazario*, for appellant.

No response.

PER CURIAM. Appellant, Cephus Brewer, by his attorney, Theresa Nazario, has filed a motion for rule on the clerk. His attorney admits that the notice of appeal was not filed in a timely manner due to a mistake on her part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion, which we will treat as a motion for belated appeal. *See Terry v.*

*State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for belated appeal is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.